UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, | ) | |
| Secretary of Labor, | ) | CIVIL FILE NO. |
| United States Department of Labor, | ) | |
| | ) | 1:15-cv-3334-TCB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANTICO FOODS, LLC, and | ) | |
| GIOVANNI DIPALMA, an individual; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING PROOF OF SERVICE

The U.S. Department of Labor's submits the attached Appendix A as an attachment to the Complaint filed in this matter on September 23, 2015. A true and correct copy of the Appendix A is attached.

Respectfully submitted this 23rd day of September 2015.

<u>ADDRESS</u>:

Office of the Solicitor
U. S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA  30303

Telephone:
 (404) 302-5489
 (404) 302-5438 (FAX)
Email:
murphy.kristin.r@dol.gov
ATL.FEDCOURT@dol.gov

M. PATRICIA SMITH
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

ROBERT L. WALTER
Counsel
Georgia Bar No. 735410

BY:/s/ Kristin R. Murphy
     KRISTIN R. MURPHY
     Attorney
     Georgia Bar No. 318556


U.S. Department of Labor
Attorneys for Plaintiff.

SOL Case No. 14-00772

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, | ) | |
| Secretary of Labor, | ) | CIVIL FILE NO. |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANTICO FOODS, LLC, and | ) | |
| GIOVANNI DIPALMA, an individual; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Filing Appendix A was filed with the Clerk of the Court using CM/ECF system.

By: /s/ Kristin R. Murphy
KRISTIN R. MURPHY
Attorney
Georgia Bar No. 318556