**Antico Foods, LLC**
**Appendix A**

1. Abila, Jorge
2. Acosta, Wendy
3. Adem, Saada
4. Astalike, Marta
5. Astorga, Oscar
6. Atsbeha, Helen
7. Avila, Brenda
8. Avila, Pedro Marcelino
9. Berduo Perez, Irma
10. Bonilla Moreno, Luis Albert
11. Castro Lara, Melvin
12. Cely, John Frank
13. Ciara, Federico
14. Diallo, Khadidiatoulaye
15. Dinkneh, Tenaye
16. Espinosa, Andres
17. Espinoza, Jesus
18. Espinoza, Octavio
19. Gallegos, Claudia
20. Herrara Chavez, Georgina
21. Idelfonso, Yanet
22. James-Hernandez, Ana Maria
23. Leon, Gaspar Matias
24. Martin, Kidon
25. Mims, Terrance
26. Montoya, Duvan
27. Nava, Cynthia
28. Negash, Nardos
29. Ozuna, Lourdes
30. Patel, Jai
31. Perez, Agustin Sabino
32. Piedra, Araceli
33. Ramirez, Esteban
34. Rangel, Silvia
35. Recinos, Alexander
36. Reducindo, Bibiano, Heraclio
37. Regassa, Anteneh A
38. Rivera, Guillermo Eliseo
39. Robinson, Dante
40. Searles, Matheau
41. Solano, Sergio
42. Soto Galarza, Wenceslao
43. Soto, Rolando

44. Suastegui Morales, Nelson
45. Tellez, Pablo
46. Texta, Javier
47. Texta, Jorge
48. Vargas, Joel
49. Vargas, Maura
50. Vasquez, Sandra
51. Vasquez Chavez, Berta
52. Venegas, Juan Carlos
53. Villanueva, Brayan
54. Vizcaino, Jacqueline
55. Watley, Adilah
56. Watley, Aliyah