**Antico Foods, LLC and Giovanni Dipalma, an individual**

| EMPLOYEE | PERIOD FROM    TO | BACK WAGES | LIQUIDATED DAMAGES | TOTAL |
|---|---|---|---|---|
| Abila, Jorge | 02/09/13-09/27/14 | $4,199.70 | $4,199.70 | $8,399.40 |
| Acosta, Wendy | 08/24/13-09/06/14 | $889.61 | $889.61 | $1,779.22 |
| Adem, Saada | 09/20/14-09/27/14 | $112.42 | $112.42 | $224.84 |
| Astatike, Marta | 06/17/14-08/30/14 | $285.36 | $285.36 | $570.72 |
| Astorga, Oscar | 02/09/13-09/27/14 | $1,093.02 | $1,093.02 | $2,186.04 |
| Atsbeha, Helen | 12/28/13-09/27/14 | $3,963.61 | $3,963.61 | $7,927.22 |
| Avila, Brenda | 02/09/13-08/30/14 | $608.73 | $608.73 | $1,217.46 |
| Avila, Pedro Marcelino | 12/14/13-09/27/14 | $1,312.82 | $1,312.82 | $2,625.64 |
| Berduo Perez, Irma | 05/18/13-11/16/13 | $24.31 | $24.31 | $48.62 |
| Bonilla Moreno, Luis Albert | 02/09/13-09/27/14 | $8,724.68 | $8,724.68 | $17,449.36 |
| Castro Lara, Melvin A | 02/09/13-05/18/13 | $862.20 | $862.20 | $1,724.40 |
| Cely, John Frank | 02/09/13-09/27/14 | $7,522.36 | $7,522.36 | $15,044.72 |
| Ciara, Federico | 02/09/13-09/27/14 | $3,660.00 | $3,660.00 | $7,320.00 |
| Diallo, Khadidiatoulaye | 02/09/13-05/31/14 | $1,602.82 | 1,602.82 | $3,205.64 |
| Dinkneh, Tenaye | 09/07/13-09/27/14 | $1,823.41 | $1,823.41 | $3,646.82 |
| Espinosa, Andres | 06/07/14-06/21/14 | $168.85 | $168.85 | $337.70 |
| Espinoza, Jesus | 02/09/13-09/27/14 | $11,685.98 | $11,685.98 | $23,371.96 |
| Espinoza, Octavio | 07/20/13-09/27/14 | $4,930.96 | $4,930.96 | $9,861.92 |
| Gallegos, Claudia | 02/09/13-09/27/14 | $2.212.01 | $2,212.01 | $4,424.02 |
| Herrara Chavez, Georgina | 09/06/14-09/27/14 | $145.63 | $145.63 | $291.26 |

SCHEDULE "A"

| | | | | |
|---|---|---|---|---|
| Idelfonso, Yanet | 09/06/14-09/13/14 | $59.61 | $59.61 | $119.22 |
| James-Hernandez, Ana Maria | 09/13/14-09/27/14 | $130.19 | $130.19 | $260.38 |
| Leon, Gaspar Matias | 02/19/13-09/27/14 | $4,838.87 | $4,838.87 | $9,677.74 |
| Martin, Kidon | 02/09/13-09/27/14 | $6,578.37 | $6,578.37 | $13,156.74 |
| Mims, Terrance | 03/09/13-09/27/14 | $8,371.76 | $8,371.76 | $16.743.52 |
| Montoya, Duvan | 05/24/14-09/27/14 | $1,541.49 | $1,541.49 | $3,082.98 |
| Nava, Cynthia | 01/11/14-09/27/14 | $227.78 | $227.78 | $455.56 |
| Negash, Nardos | 02/09/13-08/24/13 | $65.62 | $65.62 | $131.24 |
| Ozuna, Lourdes | 01/11/14-09/13/14 | $213.59 | $213.59 | $427.18 |
| Patel, Jai | 05/31/14-07/12/14 | $24.77 | $24.77 | $49.54 |
| Perez, Agustin Sabino | 06/01/13-09/27/14 | $6,556.11 | $6,556.11 | $13,112.22 |
| Piedra, Araceli | 06/07/14-08/02/14 | $564.35 | $564.35 | $1,128.70 |
| Ramirez, Esteban | 05/18/13-09/21/13 | $276.00 | $276.00 | $552.00 |
| Rangel, Silvia | 03/08/14-05/31/14 | $191.16 | $191.16 | $382.32 |
| Recinos, Alexander | 02/09/13-09/27/14 | $8,390.62 | $8,390.62 | $16,781.24 |
| Reducindo, Bibiano Heraclio | 02/09/13-10/19/13 | $3,408.19 | $3,408.19 | $6,816.38 |
| Regassa, Anteneh A | 08/24/13-09/13/14 | $2,438.55 | $2,438.55 | $4,877.10 |
| Rivera, Guillermo Eliseo | 06/28/14-09/27/14 | $1,164.40 | $1,164.40 | $2,328.80 |
| Robinson, Dante | 10/05/13-05/17/14 | $1,364.92 | $1,364.92 | $2,729.84 |
| Searles, Matheau | 06/14/14-08/16/14 | $270.13 | $270.13 | $540.26 |
| Solano, Sergio | 09/07/13-09/27/14 | $7,176.55 | $7,176.55 | $14,353.10 |
| Soto Galarza, Wenceslao | 02/09/13-08/30/14 | $14,505.25 | $14,505.25 | $29,010.50 |

SCHEDULE "A"

| Name | Dates | Amount | Amount | Total |
|---|---|---|---|---|
| Soto, Rolando | 04/06/13-06/14/14 | $2,582.92 | $2,582.92 | $5,165.84 |
| Suastegui Morales, Nelson | 06/07/14-09/27/14 | $1,854.82 | $1,854.82 | $3,709.64 |
| Tellez, Pablo | 04/19/14-09/27/14 | $1,491.06 | $1,491.06 | $2,982.12 |
| Texta, Javier | 02/09/13-08/30/14 | $9,808.74 | $9,808.74 | $19,617.48 |
| Texta, Jorge | 06/07/14-09/27/14 | $1,322.18 | $1,322.18 | $2,644.36 |
| Vargas, Joel | 02/09/13-09/27/14 | $6,073.95 | $6,073.95 | $12,147.90 |
| Vargas, Maura | 02/09/13-08/30/14 | $11,620.18 | $11,620.18 | $23,240.36 |
| Vasquez, Sandra | 08/24/13-05/17/14 | $120.88 | $120.88 | $241.76 |
| Vasquez Chavez, Berta | 10/05/13-09/13/14 | $971.63 | $971.63 | $1,943.26 |
| Venegas, Juan Carlos | 02/09/13-07/12/14 | $1,262.09 | $1,262.09 | $2,524.18 |
| Villanueva, Brayan | 08/16/14-09/27/14 | $50.51 | $50.51 | $101.02 |
| Vizcaino, Jacqueline | 03/22/14-09/27/14 | $1,845.77 | $1,845.77 | $3,691.54 |
| Watley, Adilah | 11/02/13-07/19/14 | $1,116.17 | $1,116.17 | $2,232.34 |
| Watley, Aliyah | 05/17/14-09/27/14 | $415.19 | $415.19 | $830.38 |

**GRAND TOTAL**      **$329,445.70**

SCHEDULE "A"