IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS E. PEREZ,
SECRETARY OF LABOR,
UNITED STATES
DEPARTMENTS OF LABOR,

    Plaintiff,

v.

ANTICO FOODS, LLC, and
GIOVANNI DIPALMA,

    Defendants.

CIVIL ACTION FILE NO.

1:15-CV-3334-TCB

## ORDER APPROVING CONSENT JUDGMENT

This matter is presently before the Court on the parties' joint motion to approve their consent judgment (Doc. 5). Having reviewed the parties consent judgment, and it appearing that the parties agree and consent to the entry of this Order,

IT IS HEREBY ORDERED that the terms of the consent judgment are approved and that the consent judgment is hereby entered as the Judgment of this Court.

This action is hereby DISMISSED.

AO 72A
(Rev.8/82)

SO ORDERED this 2nd day of October, 2015.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE